Nov. Term,
1839.

Bolton and Another *v.* Burnett.—In error.

WALPOLE
*v.*
BRIDGES.

Saturday,
*November* 23.

A SEALED note, executed by *James A. Bolton* and *William Brown*, was payable to *William Burnett* and *Daniel Hankins*. *Hankins* assigned his interest in the note to *Burnett*. *Held*, that the assignment was valid, and that *Burnett* might sustain a suit on the note against the makers in his own name. *Sneed* v. *Mitchell*, 1 Hayw. R. 289.